UNITED STATES DISTRICT COURT
Western District of Texas
Austin Division

| | | |
|---|---|---|
| JONATHAN NUNEZ, | § § | |
| *Plaintiff* | § § | CASE NUMBER: 1:19-cv-00305 |
| v. | § § | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | § § § | **DEMAND FOR JURY TRIAL** |
| *Defendant*. | § § | |

## ORIGINAL COMPLAINT

1. Plaintiff Jonathan Nunez brings this action for claims under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.*, and the Texas Debt Collection Act ("TDCA"), Tex. Fin. Code Chapter 392, to obtain statutory damages, injunctive relief, costs and a reasonable attorney's fee for the Defendant's violations of the FDCPA and the TDCA.

## JURISDICTION AND VENUE

2. This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331, 1337(a).

3. Venue is proper in the United States District Court for the Western District of Texas, Austin Division, because the acts and transactions occurred in this district and because the Defendants transacts business in this district.

## THE PARTIES

4. Plaintiff Jonathan Nunez ("**Plaintiff**" or "**Nunez**") is an individual who resides in Travis County, Texas.

5. Defendant Portfolio Recovery Associates, LLC ("**PRA**") is a company organized and existing under the laws of the State of Delaware. PRA may be served by serving its registered agent at the following address:

> Corporation Service Co
> d/b/a CSC – Lawyers Incorporating Service Co.
> 211 E. 7th St.
> Suite 620
> Austin, TX 78701

## FACTUAL ALLEGATIONS

6. Plaintiff is a natural person.

7. Plaintiff incurred a debt for goods and services used for personal, family or household purposes from use of a credit card.

8. The credit card debt went into default.

9. After default the credit card debt was sold to PRA.

10. PRA is one of the nation's largest debt collectors.[1]

11. The primary business of PRA is the purchase, collection, and management of portfolios of nonperforming loans.[2]

12. The accounts PRA acquire are primarily the unpaid obligations of individuals owed to credit grantors.[3]

13. PRA specializes in purchasing and collecting nonperforming loan accounts, which it purchased at a substantial discount to face value.[4]

14. After purchasing Plaintiff's debt, PRA made efforts to collect.

15. PRA was ultimately successful in extracting money from Plaintiff.

---

[1] *See* https://www.portfoliorecovery.com/prapay/help/faqs "Who is Portfolio Recovery Associates, LLC?"
[2] *See* PRA Group Inc.'s Form 10-Q for the quarterly period ending September 30, 2018, page 8.
[3] *See* Proxy Statement and Notice of 2018 Annual Meeting of Stockholders, page 2, "About PRA Group, Inc."
[4] *Id*.

16. The debt was settled in full.

17. Nevertheless, PRA continued to report to at least one credit bureau that Nunez continued to owe PRA money on this debt.

18. The alleged debt is a "debt" as that term is defined by § 1692a(5) of the FDCPA.

19. The alleged debt is a "consumer debt" as that term is defined by § 392.001(2) of the TDCA.

20. Plaintiff is a "consumer" as that term is defined by § 1692a(3) of the FDCPA.

21. Plaintiff is a "consumer" as that term is defined by § 392.001(1) of the TDCA.

22. PRA is a "debt collector" as defined by § 1692a(6) of the FDCPA.

23. PRA is a "third-party debt collector" as defined by § 392.001(7) of the TDCA.

## COUNT I. VIOLATION OF THE FDCPA § 1692e(2)

24. Plaintiff re-alleges the above paragraphs as if set forth fully in this count.

25. PRA has falsely represented the character and amount of the debt.

## COUNT II. VIOLATION OF TDCA § 392.304

26. Plaintiff re-alleges the above paragraphs as if set forth fully in this count.

27. PRA misrepresented the amount of Plaintiff's alleged debt.

## REQUEST FOR RELIEF

28. Plaintiff requests that this Court award him:

    a. Statutory damages;

    b. Injunctive relief;

    c. Costs; and

    d. A reasonable attorney's fee.

## JURY DEMAND

Plaintiff demands trial by jury.

> Respectfully Submitted,
> By: s/Tyler Hickle
> Plaintiff's Attorney

Tyler Hickle, SBN 24069916
**Law Office of Tyler Hickle, PLLC**
4005C Banister Lane, Ste. 120C
Austin, TX 78704
Tel: (512) 289-3831 Fax: (512) 870-9505
tylerhickle@hicklelegal.com