IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JONATHAN NUNEZ, | § | |
|     PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. A-19-CV-0305-LY |
| | § | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | § | |
|     DEFENDANT. | § | |

## FINAL JUDGMENT

Before the court in the above styled and numbered cause is Plaintiff Jonathan Nunez's Notice of Dismissal filed June 25, 2019 (Clerk's Document No. 4) by which Nunez seeks to dismiss this action with prejudice and that each side will bear its own fees and costs. Having reviewed the notice and considered the applicable law,

**IT IS ORDERED** that the above-styled action is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that each side bear its own fees and costs.

As nothing remains for resolution in the cause, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that the case is **CLOSED**.

SIGNED this 25th day of June, 2019.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE